United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) | Case No.: 12-CV-05768-LHK |
| Plaintiff, | ) ) | ORDER RE FILING MOTION FOR DEFAULT JUDGMENT AND |
| v. | ) ) | CONTINUING CASE MANAGEMENT CONFERENCE |
| LAN T. VU, et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

On April 18, 2013, the Clerk entered default against Defendant. ECF No. 12. Plaintiff shall file a motion for default judgment by May 18, 2013. The case management conference set for April 24, 2013, is hereby continued to August 21, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: April 19, 2013

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

Case No.: 12-CV-05768-LHK
ORDER RE FILING MOTION FOR DEFAULT JUDGMENT AND CONTINUING CASE MANAGEMENT
CONFERENCE