**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) | Case No.: 12-CV-05768-LHK |
| | ) | |
| Plaintiff, | ) | ORDER RE FILING MOTION FOR |
| | ) | DEFAULT JUDGMENT AND |
| v. | ) | CONTINUING CASE MANAGEMENT |
| | ) | CONFERENCE |
| LAN T. VU, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

On April 18, 2013, the Clerk entered default against Defendant.  ECF No. 12.  Plaintiff

shall file a motion for default judgment by May 18, 2013.  The case management conference set for

April 24, 2013, is hereby continued to August 21, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: April 19, 2013

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

Case No.: 12-CV-05768-LHK
ORDER RE FILING MOTION FOR DEFAULT JUDGMENT AND CONTINUING CASE MANAGEMENT
CONFERENCE